UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAMELA WILKIN, individually and on behalf of others similarly situated,

    Plaintiff,

v.    Case No.:  2:24-cv-482-SPC-NPM

PREMIER DISABILITY SERVICES LLC and DIGITAL MEDIA SOLUTIONS, LLC,

    Defendants.
_____/

## OPINION AND ORDER

Before the Court is Defendant Digital Media Solutions, LLC's ("DMS") Suggestion of Bankruptcy.  (Doc. 32).  DMS filed for bankruptcy on September 11, 2024.  So, the Court stays this case with respect to debtor defendant DMS in accordance with 11 U.S.C. § 362.

Accordingly, it is now

**ORDERED:**

1. The case is **STAYED** with respect to Defendant DMS.

2. **On or before December 21, 2024**, and **every 90 days** thereafter DMS must provide the Court with a status report regarding the

bankruptcy proceedings. DMS must notify the Court within **7 days** of the bankruptcy proceedings concluding.

3. This case is not stayed with respect to Defendant Premier Disability Services LLC.

**DONE** and **ORDERED** in Fort Myers, Florida on September 25, 2024.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

2